IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

KIMBERLY C. ANDERSON

     Plaintiff,

     v.                                Case No. 2:23-cv-563

MICHELLE KING[1],
Acting Commissioner of Social Security,

     Defendant.

## FINAL ORDER

     This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on January 14, 2025 (ECF No. 15). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having reviewed the Report and Recommendation, and having considered the record and the Report and Recommendation and finding no error, it is hereby ORDERED:

    (1)     The Report and Recommendation (ECF No. 15) is ADOPTED as the opinion of this Court.

    (2)     Plaintiff's Motion for Summary Judgment (ECF No. 8) is DENIED.

    (3)     The final decision of the Commissioner is AFFIRMED.

    (4)     This case is CLOSED.

     Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

     It is SO ORDERED.

                               _____
                                  /s/
                                  Elizabeth W. Hanes
                                  United States District Judge

Norfolk, Virginia
Date: February 4, 2025

---

[1]     In Janary Michelle King was named the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), the Court substitutes Michelle King for former Commissioner of Social Security Martin O'Malley in this matter.